# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY LEON LAFERRIERE, <br><br> Petitioner, <br><br> v. <br><br> R. PHILLIP GUTTIERREZ, Warden, <br><br> Respondent. | Case No. CV 12-0622-VBF (JEM) <br><br> **JUDGMENT** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus in this action is dismissed without prejudice.

DATED: 5/18/12

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE